UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE/BRYSON CITY DIVISIONS

| | |
|---|---|
| In Re:<br><br>LAVERN LEE SHARP<br><br><br>Debtor(s) | ) TRUSTEE'S MOTION TO DISMISS, MODIFY<br>) OR FOR OTHER APPROPRIATE RELIEF,<br>) AND NOTICE OF HEARING<br>)<br>)<br>)<br>)<br>) Case No.: 12-10967 |

Pursuant to 11 USC § 1307, the Chapter 13 Trustee moves the Court to dismiss or modify the above named proceeding because the plan does not comply with 11 USC § 1322, § 1325, or other relevant provision of the Bankruptcy Code.

Date Petition Filed: 12/07/2012

Debtor(s) **should have paid** to Trustee: 45,530.00

Debtor(s) **have paid** to Trustee: 41,994.00

Plan Payment: 1570.00     **Delinquent Amount:** 3,536.00

Trustee has moved to dismiss on  0   prior occasions.

___ Debtor(s) failed to commence payments required by Section 1326(a)(1).
___ Plan fails to provide sufficient payments to priority, secured or unsecured creditors as required by 11 USC § 1322 or § 1325 and requires modification by the Court.
___ Other:

If the Court allows Trustee's motion to modify, plan payments may increase or decrease, and percentage payout to unsecured creditors may be reduced without further notice. The Court may also assess costs and attorneys fees. Service of this notice shall be on the parties indicated on the attached list.

**PLEASE CONTACT YOUR ATTORNEY, T BENTLEY LEONARD, REGARDING THIS MOTION. THIS MATTER MAY BE RESOLVED WITHOUT HEARING. YOU SHOULD CONTACT YOUR ATTORNEY BEFORE MAKING ARRANGEMENTS TO ATTEND.**

WHEREFORE, the Trustee moves the Court to dismiss, modify, or for other appropriate relief.

This the 22nd day of May 2015.

David G. Gray, Chapter 13 Trustee
81 Central Avenue
Asheville, NC 28801
828/254-7168

*David G. Gray*
David G. Gray, Chapter 13 Trustee

**NOTICE OF HEARING ** CERTIFICATE OF SERVICE**

To: Debtor(s), Debtor(s) Attorney and Creditors Filing Claims

The Trustee's motion will be heard in the Bankruptcy Courtroom, Federal Courthouse, Otis St., Asheville, NC at **9:30 A.M., Tuesday, June 16, 2015.**

Persons not attending may learn the Court's disposition of the matter by sending a stamped, self-addressed envelope with their request to David G. Gray, Chapter 13 Trustee, 81 Central Avenue, Asheville, NC 28801.

The Trustee hereby certifies that on the 22nd day of May 2015 he served a copy of the motion and notice on the above-parties in accordance with Rules 9013 and 9014 of the Bankruptcy Rules on the parties indicated on the attached list.

*David G. Gray*
David G. Gray, Chapter 13 Trustee

| | | |
|---|---|---|
| 1210967<br>SHARP, LAVERN LEE<br>54 JUNIPER CT.<br>CANTON, NC 28716 | 1210967 1 001 6<br>SELENE FINANCE LP<br>9990 RICHMOND AVE., SUITE 400S<br>HOUSTON, TX 70042 | 1210967 3 003 12<br>QUANTUM3 GROUP LLC<br>MOMA FUNDING LLC<br>PO BOX 788<br>KIRKLAND, WA 98083 |
| 1210967 3 006 15<br>JEFFERSON CAPITAL SYSTEMS LLC<br>PO BOX 7999<br>ST CLOUD, MN 56302-9617 | 1210967 3 007 16<br>PREMIER BANKCARD<br>PREMIER/CSI-DEPT SDPR<br>PO BOX 2208<br>VACAVILLE, CA 95696 | 1210967 2 011 4<br>INTERNAL REVENUE SERVICE<br>P O BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| 1210967 1 015 9<br>ONEMAIN FINANCIAL SERVICES, INC CIT<br>PO BOX 6042<br>SIOUX FALLS, SD 57117-6042 | 1210967 3 015 23<br>CITIFIANANCIAL INC NC<br>PO BOX 6042<br>SIOUX FALLS, SD 57117-6042 | 1210967 3 016 8<br>BANK OF AMERICA, NA<br>C/O SIRI RHYNE SETZER<br>10130 PERIMETER PARKWAY, STE 400<br>CHARLOTTE, NC 28216 |
| 1210967 3 019 24<br>MATTHEW ZACHARY PHELAN<br>SHAPIRO & INGLE, LLP<br>10130 PERIMETER PARKWAY, SUITE 400<br>CHARLOTTE, NC 28216 | 1210967 9 799 1<br>T BENTLEY LEONARD<br>828/255-0456<br>274 MERRIMON AVE<br>ASHEVILLE, NC 28801 | 1210967 7 881 2<br>DAVID G GRAY, TRUSTEE<br>OTHER COSTS RECORD<br>81 CENTRAL AVENUE<br>ASHEVILLE, NC 28801 |